U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 3

Dwayne A. Harris
aka: Dwayne Harris
1753 Birkshire Rdg.
McDonough, GA 30252-2002
Account No. XXXXX1088

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 07/14/09.

On or about 09/18/92 and 06/30/97, the borrower executed promissory note(s) to secure loan(s) of $550.00, $550.00, $550.00, and $550.00 from University of Alabama at 5.00 percent interest per annum. The institution made the loan under the Federally-funded National Defense/Direct Student Loan, now Perkins Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087aa et seq. (34 C.F.R. Part 674). The institution demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 04/12/97. Due to this default, the institution assigned all rights and title to the loan to the Department of Education.

After the institution credited all cancellations due and payments received, the borrower owed the school $2,200.00 principal and $1,251.68 interest. This principal and interest, together with any unpaid charges, totaled $3,471.88. The loan was assigned to the Department on 09/03/08.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2,200.00 |
| Interest: | $1,358.84 |
| Total debt as of 07/14/09: | $3,558.84 |

Interest accrues on the principal shown here at the rate of $0.30 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12-23-09

Tamara Chrisman
Loan Analyst
Loan Analyst
Litigation Support

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #2 OF 3**

Dwayne A. Harris
aka: Dwayne Harris
1753 Birkshire Rdg.
McDonough, GA  30252-2002
Account No. XXXXX1088

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 07/14/09.

On or about 12/08/94, 06/14/95, 08/22/95, and 03/19/96, the borrower executed promissory note(s) to secure loan(s) of $3,156.00, $1,250.00, $3,065.00, and $1,833.00 from the U.S. Department of Education. This loan was disbursed for $3,156.00 on 12/13/94 & 03/21/95, $1,250.00 on 06/16/95 & 06/20/95, $3,065.00 on 09/06/95 & 01/02/96, and $1,833.00 on 05/14/96, at a variable rate of interest to be established annually. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 10/23/97. Pursuant to 34 C.F.R. § 685.202(b), a total of $0.00 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $9,304.00 |
| Interest: | $7,266.87 |
| Total debt as of 07/14/09: | $16,570.87 |

Interest accrues on the principal shown here at the current rate of 3.28 percent and a daily rate of $0.84 through June 30, 2010, and thereafter at such rate as the Department establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Tamara Chrisman
Loan Analyst

Executed on: 12-23 09

Loan Analyst
Litigation Support

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #3 OF 3

Dwayne A. Harris
aka: Dwayne Harris
1753 Birkshire Rdg.
McDonough, GA  30252-2002
Account No. XXXXX1088

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 07/14/09.

On or about 12/18/01, the borrower executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $20,471.15 on 02/01/02, at 6.88 percent interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 12/16/02. Pursuant to 34 C.F.R. § 685.202(b), a total of $0.00 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $20,471.15 |
| Interest: | $10,473.78 |
| Total debt as of 07/14/09: | $30,944.93 |

Interest accrues on the principal shown here at the rate of $3.86 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Tamara Chrisman
Loan Analyst

Executed on: 12-23-09

_____
Loan Analyst
Litigation Support