IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMY KRISTAN AVEDIKIAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. _____ |
| | ) | |
| TRANS UNION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Trans Union LLC ("Trans Union"), by and through it's attorneys, hereby removes this action from the Magistrate Court, Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441(b). In support thereof, Trans Union states as follows:

1. On or about September 14, 2010, a civil action entitled *Avedikian v. Trans Union, LLC*, Case No. 10-M-33498, was filed in the Magistrate Court of Gwinnett County, Georgia. A copy of the Complaint and all pleadings filed with the Gwinnett Magistrate Court is attached hereto as Exhibit A.

2. Trans Union was served with the Complaint on September 24, 2010.

3. The Complaint alleges that Plaintiff is a "Settlement Class Member" as defined in the Stipulation of Settlement in RE: Trans Union Corporation Privacy

Litigation, Lead Case No. 00-4729, MDL No. 1350 (Northern District of Illinois) (the "MDL Litigation"). Complaint ¶ 2. It also alleges that "[p]ursuant to the . . . Stipulation of Settlement [in the MDL Litigation], Plaintiff is entitled to bring this 'Post-Settlement Claim' as defined in paragraph 1.31 of the Stipulation of Settlement." Id. at ¶ 3.

4. The Complaint further alleges that the acts of Defendant as alleged in the Complaint "constitute willful violations of the Fair Credit Reporting Act, in violation of 15 U.S.C. section 1681n(a);" and, in the alternative, "the acts of Defendant constitute negligent violations of the Fair Credit Reporting Act, in violation of 15 U.S.C. section 1681o(a)." Complaint ¶¶ 48-49.

5. The Complaint further alleges that Trans Union violated the FCRA through "disclosure of Plaintiff's consumer report for target marketing purposes [that] was not made for a permissible purpose under the FCRA, 15 U.S.C. §1681b" and through "disclosure of Plaintiff's telephone numbers and/or private financial, credit and/or other confidential information for purposes of a prescreened firm offer of credit or insurance [that] violated the FCRA, 15 U.S.C. §1681 et seq.," including 1681b. Complaint ¶¶ 50-52; see also id. at ¶ 45 (alleging that plaintiff's credit report information was disclosed by Trans Union to third parties "in violation of the FCRA").

6. The Complaint seeks actual, statutory and punitive damages under 15 U.S.C. §§ 1681n, o. Id. at "Prayer for Relief."

7. The Complaint, therefore, unequivocally and specifically seeks to state a cause of action under the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

8. Moreover, by referencing the Stipulation of Settlement in the MDL Litigation, and the ability of class members to make "Post Settlement Claims" thereunder, Complaint at ¶¶ 2-31 the Complaint puts at issue the application, scope and interpretation of the referenced Stipulation of Settlement, the "Order Granting Final Approval of Settlement and Final Judgment" and related court orders entered within the MDL Litigation by the United States District Court for the Northern District of Illinois.

9. This Court has original jurisdiction over this action under 15 U.S.C. § 1681p (establishing federal court jurisdiction for claims brought under the Fair Credit Reporting Act) and 28 U.S.C. § 1331 (establishing federal question jurisdiction). Consequently, this action may be removed to this Court by Trans Union under 28 U.S.C. § 1441(b) because this lawsuit seeks to bring a claim arising under the laws of the United States.

10. Under 28 U.S.C. § 1446(b), this Notice of Removal is timely because it has been filed within thirty (30) days service on the initial pleading setting forth Plaintiff's claim for relief upon which this action is based.

11. Pursuant to 28 U.S.C. § 1446(a), Trans Union has attached to this Notice of Removal copies of all process, pleadings, and orders served upon it, the removing Defendant in this action.

12. By filing this Notice of Removal, Trans Union does not waive any defenses to the claims asserted by Plaintiff which may be available to it, or concede that Plaintiff has stated any claim upon which relief can be granted.

13. Trans Union further represents that this Notice of Removal will be served on Plaintiff as indicated on the attached Certificate of Service.

14. A copy of this Notice of Removal will be filed with the Magistrate Court of Gwinnett County, Georgia. A copy of the Notice of Filing Notice of Removal is attached as Exhibit B.

*SIGNATURE ON NEXT PAGE*

This 18th day of October, 2010.

        Respectfully submitted,

        **HAWKINS PARNELL**
        **THACKSTON & YOUNG, LLP**

        /s/ Alex M. Barfield
        **ALEX M. BARFIELD**
        Georgia Bar No. 037147

        4000 SunTrust Plaza
        303 Peachtree Street, NE
        Atlanta, GA  30308-3243
        404-523-4905 / 404-614-7500 (Fax)
        abarfield@hptylaw.com
        **COUNSEL FOR TRANS UNION, LLC**

IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMY KRISTAN AVEDIKIAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. _____ |
| | ) | |
| TRANS UNION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date caused to be served upon counsel for Plaintiff a true and correct copy of the foregoing **DEFENDANT TRANS UNION, LLC'S NOTICE OF REMOVAL** by depositing same in the United States Mail in an envelope with sufficient postage affixed thereto to insure delivery and addressed to:

James M. Feagle
Georgia Bar No. 256916
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404-373-1970

Kris Skaar
Georgia Bar No. 649610
Justin T. Holcombe
Georgia Bar No. 552100
331 Washington Ave.
Marietta, GA 30061-1478
770-427-5600

This 18th day of October, 2010.

*SIGNATURE ON NEXT PAGE*

/s/ *Alex M. Barfield*
Alex M. Barfield
Georgia Bar No. 037147
abarfield@hptylaw.com

10567899v.1