

1870 The Exchange
Suite 100
Atlanta, GA 30339

TEL: (678) 318-1707
FAX: (678) 318-1757

http://www.mficorp.com

## Payment Submission Form

Payment on the following property/application is now due:

| | |
|---|---|
| Applicant Name: | **Eastwood Apartments - Al Sousa** |
| Property Address: | 2973 Getwell Road, Memphis, TN 38118 |
| Payment Amount: | $155,000.00 (100% Refundable Deposit) |

Your payment is a <u>deposit</u> only and is refundable until otherwise <u>notified</u> and <u>acknowledged/agreed</u> to. Refunds are processed in 14-30 days.

Payment submission is done typically by bank wire transfer. Credit card payments are not accepted for this type of transaction. Funds should be wired into the following bank account:

# SunTrust Bank Atlanta
## MFI Corporation
## ABA Routing Number: ▓▓▓▓▓
## Account Number: ▓▓▓▓▓
## International SWIFT/BIC: ▓▓▓▓▓

| Transfer Confirmation | |
|---|---|
| Full Name | Reference Number |
| Amount Transferred | Date & Time |

**Please Fax Completed Form To: (678) 318-1757**

©1988-2009 MFI Corporation - All Rights Reserved.
MFI Payment Submission Form

Page 1 of 1



EXHIBIT A