

**MFI CORPORATION**

1870 The Exchange
Suite 100
Atlanta, GA  30339

TEL: (678) 318-1707
FAX: (678) 318-1757

http://www.mficorp.com

| **APT General Property Acquisition** | **APPROVAL NOTICE** |

Friday, November 20, 2009

Al Sousa
Eastwood Apartments
12 Brigham Street
Hudson, MA 01749

RE: <u>**Eastwood Apartments, 2973 Getwell Rd, Memphis, TN 38118**</u>

Dear Al Sousa:

We are pleased to inform you that American PropertyTrust (APT) has obtained an approval for private investor (non-conforming) funding in connection with the above referenced project/property. This document constitutes an approval that is revocable and contingent on your ability to provide adequate financial consideration relative to this transaction including any applicable closing costs.

Please note that American PropertyTrust's products do not legally or otherwise constitute the equivalent of a loan product. Therefore, the following guidelines are to be noted in connection with this pending transaction:

1. The investor will transact on your behalf.

    *If this approval involves real estate only, the investor will purchase the subject property and deed it into a trust (dual transaction). If operating capital is involved, a draw schedule will be invoked.*

2. The amount of the investment will not exceed USD $3,100,000.00.

    *This represents the sales price or funding request sourced from your application or profile. Should an adjustment be necessary, then please contact us so that a revised approval can be secured.*

3. The investor will transact on the basis of cash.

    *The investor will use this payment instrument type.*

APT General Property Acquisition Approval Notice – Page 1 of 5         *Applicant Initials* _____



EXHIBIT
B

4. Upon closing, the investor will deed any transaction related property into a specially formed trust.

   *The property is placed in a trust instrument in order to protect it from potential issues (liens, judgments, etc.) on your end.*

5. The trust will carry your name or another name you designate that identifies you or your project.

   *The newly created trust is reserved for the property in connection with this approval and for no other purpose. For your convenience, it will be named as you designate.*

6. The trust will have a duly assigned fiduciary, namely an attorney selected by the investor.

   *The fiduciary is the named individual that will administer the trust on behalf of all parties. You will have direct contact with this individual.*

7. The trust will be governed by a trust agreement. The trust agreement will be presented to you for legal review in advance of closing.

   *The trust agreement is similar to an operating agreement. It will be the governing instrument of the relationship between you, the investor, and the property. It will provide for all terms and conditions surrounding the transaction.*

8. You will have first option on the trust and thus maintain control over the property.

   *Your option on the trust is maintained by making payments. Persistently defaulting on payments would lead to a forfeiture of that option.*

9. The investor will maintain, via the trust agreement, the option of gaining control of the property in the event of a persistent default.

   *A persistent default is typically defined as missing multiple payments, but will be further defined in the trust agreement.*

10. The trust agreement will designate a monthly payment structured with properties similar to a conventional mortgage loan.

    *While not a mortgage loan, the trust balance is amortized in the same way that a mortgage loan would be.*

11. The minimum monthly payments will be based on an amortization of the trust balance over 20-30 years.

    *The precise amortization schedule will be provided in the trust agreement.*

12. The term of the trust will not exceed 7 years.

    *After 7 years, the trust must be paid off and dissolved. It may be dissolved by you at any time prior to 7 years, but not later.*

13. The interest rate of the trust balance amortization schedule will range between 7.1% and 7.3% fixed.

    *While the approved interest rate may fluctuate from transaction to transaction, it is typically in-line with what is usual and customary on actual loan products. This is not a loan product.*

14. Your transaction will be charged a 15% investor fee.

    *As a rule, the larger the transaction principal, the lower the percentage of the investor fee. If you are not satisfied with the fee charged to you by the investor, you may cancel the transaction and receive a refund of your consideration monies paid.*

15. You will make a 5% consideration payment which will be credited to the principal trust balance.

    *A consideration payment is treated in the same way as a down payment, in that it is subtracted from the trust balance.*

16. Completion of the entire transaction will require a minimum of 2 weeks and a maximum of 8 weeks from the receipt of the consideration payment.

    *This is the stated range and does not imply that the far end of the range will be applicable. It is a standard stated range.*

17. You will have the option of negotiating and/or rejecting individual terms and conditions of the trust agreement.

    *You will receive the trust agreement directly from the investor prior to closing. You may then employ the services of your own legal counsel to review its terms and conditions.*

18. If you determine the trust agreement cannot be structured as desired, you will have as a sole recourse the cancellation of the proposed transaction and a full refund of any consideration monies paid without penalty.

    *You may cancel your transaction at any time for a complete refund of consideration monies paid. Your consideration funds will become non-refundable immediately prior to closing, but not without your express written consent. If you fail to authorize the non-refundability of your consideration funds at closing time, the transaction will be cancelled for you and a full refund of these monies will be issued.*

19. You will provide written documentation outlining your exit strategy over the coming 24-36 months.

    *A current and/or updated executive summary may be needed to understand your exit strategy.*

20. The assigned investor or designated representative will be provided onsite access to the property premises prior to closing.

    *This requirement may not actually be needed. You will be informed should the need arise.*

21. If applicable, you will provide a current property appraisal.

    *Current appraisals are preferred, but the investor may accept a non-current appraisal.*

22. This approval is revocable. If revoked, your sole recourse will be to receive a 100% refund of the considerations funds submitted.

    *You are bound by the refund terms stipulated in your payment submission form and the transaction program guide.*

23. Any associated contingencies you may have in connection with this transaction will not be inherited by MFI Corporation or the assigned investor.

    *Seller related issues and planned use of proceeds are not of our or the investors concern.*

All points will be made a part of the final trust agreement and will be addressed in greater detail. If the general nature of these terms is acceptable to you, we can begin the process upon receipt of your consideration payment.

Please acknowledge your acceptance of these guidelines by executing the acceptance page of this document.

Sincerely,

*[signature]*

L Ken Swenson Jr
MFI Corporation


**Important Notice:**

Your application is currently in a pending state until you submit your consideration funds and properly execute and return this document.

| APT General Property Acquisition | ACCEPTANCE STATEMENT |
|---|---|

I, the undersigned, hereby expressly state my agreement to the initially stated transaction terms and conditions set forth in this approval notice.

I have carefully read each page of this document and acknowledge doing so by initialing at the bottom of each of the five pages.

I understand the non-conforming nature of this transaction type and further agree that if, after further review of pending transaction details, I change my mind or otherwise become dissatisfied, I may cancel my transaction and receive a full refund of any consideration monies I have paid.

I agree that MFI Corporation is handling in good faith and further agree to hold MFI Corporation harmless from any claims or assertions to the contrary.

**Accepted by:**

| Signature | Date |
|---|---|
|   |   |
| **Printed Name** | **Title** |
|   |   |
| *Notary Public:* |   |
|   |   |

**EXECUTE AND RETURN ALL PAGES BY FAX TO (678) 318-1757**

APT General Property Acquisition Approval Notice – Page 5 of 5        *Applicant Initials* _____