| APT General Property Acquisition | ACCEPTANCE STATEMENT |

I, the undersigned, hereby expressly state my agreement to the initially stated transaction terms and conditions set forth in this approval notice.

I have carefully read each page of this document and acknowledge doing so by initialing at the bottom of each of the five pages.

I understand the non-conforming nature of this transaction type and further agree that if, after further review of pending transaction details, I change my mind or otherwise become dissatisfied, I may cancel my transaction and receive a full refund of any consideration monies I have paid.

I agree that MFI Corporation is handling in good faith and further agree to hold MFI Corporation harmless from any claims or assertions to the contrary.

**Accepted by:**

| Signature: | Date: |
| --- | --- |
| *[signature]* | 12/2/09 |
| Printed Name: | Title: |
| ALFRED A. SOUSA | President |

Notary Public:
*[signature]* Bethann Medeiros

BETHANN MEDEIROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 16, 2010

**EXECUTE AND RETURN ALL PAGES BY FAX TO (678) 318-1757**

APT General Property Acquisition Approval Notice – Page 5 of 5

Applicant Initials *[initials]*



EXHIBIT
C