# ORLANDO F. DE ABREU

## ATTORNEY AT LAW

---

Offices:
| | | |
|---|---|---|
| 63 Winthrop Street | 722 Bedford Street | Mailing Address: |
| Taunton, MA 02780 | Fall River, MA 02720 | P.O. Box 848 |
| Tel: (508) 822-7493 | Tel: (508) 673-5822 | Taunton, MA 02780 |
| | | Fax: (508) 822-7508 |

### FACSIMILE TRANSMISSION COVER SHEET

Date: 8/24/2010

This transmission is being sent from:

Orlando F. de Abreu

Please deliver to:

Name: MFI Corporation

ATTN: L. Ken Swenson, Jr.

Fax No: (678) 318-1757

Number of pages being sent including cover: 4

Message: Re: Alfred A. Sousa and Duarte Medeiros

If you do not receive all pages please call (508) 822-7493 immediately.

THE ORIGINAL(S) OF THE TRANSMITTED DOCUMENT(S) WILL BE SENT BY: (X) First Class Mail
( ) Overnight Mail   ( ) Other  ( ) This will be the only form of delivery of the transmitted document.

#### CONFIDENTIALITY NOTE

This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (call collect) and return the original facsimile to us at the above address via the U.S. Postal Service. We will reimburse you for postage. Thank you.



EXHIBIT D

LAW OFFICES

*Orlando F. de Abreu*

63 WINTHROP STREET
TAUNTON, MA 02780
TEL. (508) 822-7493
FAX (508) 822-7508

ORLANDO F. DE ABREU

DANIEL F. DE ABREU
OF COUNSEL

MAILING ADDRESS:
P.O. BOX 846
TAUNTON, MA 02780

August 24, 2010

VIA FACSIMILE AND FIRST CLASS MAIL
(678) 318-1757

MFI Corporation
1870 The Exchange
Suite 100
Atlanta, GA 30339

ATTENTION:  L. Ken Swenson, Jr.

Dear Mr. Swenson:

On behalf of Alfred A. Sousa and Duarte Medeiros I am sending you herewith "Transaction Cancellation Authorization" with the understanding that the amounts totaling $160,000.00 will be refunded.

Thank you.

Respectfully,

Orlando F. de Abreu

OFA:tmg
Dict:  August 24, 2010
Enclosure
CC:  Mr. Alfred A. Sousa
     Mr. Duarte Medeiros

722 BEDFORD STREET • FALL RIVER, MASSACHUSETTS 02720
TEL. (508) 673-5822



1870 The Exchange
Suite 100
Atlanta, GA 30339

TEL: (678) 318-1707
FAX: (678) 318-1757

http://www.mficorp.com

## Transaction Cancellation Authorization

**Client Name (Individual or Entity)**

**Eastwood Apartments**/Alfred A. Sousa

**Address, City, State and Zip**

12 Brigham Street
Hudson, MA 01749

**Telephone**

(781) 608-7231

The above specified individual or entity hereby authorizes MFI Corporation to cancel the pending property transaction application.

By MFI refunding any advance payment, individual releases any or all claims against it. **The refund will be issued within 14-30 days**.

Refund Amount: **$30,000.00**

### Refunded monies will be sent to the address specified above!

Signature / Date

August 24, 2010

Notary Public

ORLANDO F. de ABREU, NOTARY PUBLIC

Fax completed form to (678) 318-1757

©1988-2009 MFI Corporation - All Rights Reserved.
MFI Transaction Cancellation Authorization



1870 The Exchange
Suite 100
Atlanta, GA  30339

TEL: (678) 318-1707
FAX: (678) 318-1757

http://www.mficorp.com

## Transaction Cancellation Authorization

Client Name (Individual or Entity)

**Eastwood Apartments**/Alfred A. Sousa

Address, City, State and Zip

12 Brigham Street
Hudson, MA  01749

Telephone

(781)  608-7231

The above specified individual or entity hereby authorizes MFI Corporation to cancel the pending property transaction application.

By MFI refunding any advance payment, individual releases any or all claims against it. **The refund will be issued within 14-30 days**.

Refund Amount: **$130,000.00**

**Refunded monies will be sent to the address specified above!**

Signature / Date

August 24, 2010

Notary Public

ORLANDO F. de ABREU

Fax completed form to (678) 318-1757

©1988-2009 MFI Corporation - All Rights Reserved.
MFI Transaction Cancellation Authorization

08/24/2010 16:46 FAX 5088227508     Orlando deAbreu                    ☒001

```
                    *********************
                    ***   TX REPORT   ***
                    *********************


     TRANSMISSION OK

     TX/RX NO                 1830
     RECIPIENT ADDRESS        16783181757
     DESTINATION ID
     ST. TIME                 08/24 16:44
     TIME USE                 01'47
     PAGES SENT                  4
     RESULT                   OK
```