

Graham & Penman

A Limited Liability Partnership      Attorneys at Law

Jason W. Graham
Direct: 404 835 9970
jason@grahamandpenman.com

December 3, 2010

**VIA CERTIFIED MAIL, RETURN
RECEIPT REQUSTED & OVERNIGHT DELIVERY**
Ken Swenson
Registered Agent
MFI Software Corporation
1870 The Exchange
Suite 100
Atlanta, Georgia 30339

Re:    <u>Momentum Properties v. MFI Software Corporation, et al.</u>

Dear Mr. Swenson:

My firm represents Alfred Sousa, Duarte Medeiros, Eastwood Apartments, and Momentum Properties. You are holding $160,000.00 of their money. The return of these funds is hereby formally demanded (again).

My clients have repeatedly demanded that you return their funds. As you well know, Mr. Sousa has pleaded with you for eight months to return it. In response, you have admitted the money is owed to be refunded to my clients while continuing to delay doing so. As just one example, on August 23, you promised to return their money after receiving a transaction cancellation authorization. You stated the money would likely be returned within seven to ten days, but certainly within fourteen to thirty days. Their local attorney, Orlando De Abreu, sent you the authorization on August 24, 2010. (I have enclosed a copy of this document for your convenience.) Three months later, my clients have yet to receive their money. My firm has been retained to file suit against you.

Georgia law provides my clients an absolute right to their property upon demand. They are entitled to immediate possession of their property in your control. Failure to yield to a demand for possession, such as this letter, is actionable as conversion.

You may comply with this demand by delivering certified funds to my office no later than 5:00 P.M. Friday, December 10, 2010. I will also provide wiring instructions upon request. If you do not comply, the lawsuit will be filed against MFI and you personally for conversion, fraud, breach of fiduciary duty, and potentially other violations of Georgia law. As you may know, these are intentional torts. We will therefore seek punitive damages of three or more

EXHIBIT
E

LAW OFFICES
## GRAHAM & PENMAN, LLP

Page 2
December 3, 2010

times the amount you have unlawfully withheld, which would amount to roughly half a million dollars. We will also seek to recover attorneys' fees and all costs of litigation.

If you have any questions, please have your lawyer contact me.

· Sincerely,

Jason W. Graham

JWG:tbw
Enclosures
cc:    T. Brandon Welch, Esq. (via e-mail only)
       Mr. Al Sousa (via e-mail only)
       Mr. Duarte Medeiros (via e-mail only)

LAW OFFICES

*Orlando F. de Abreu*

83 WINTHROP STREET
TAUNTON, MA 02780
TEL. (508) 822-7493
FAX (508) 822-7508

ORLANDO F. DE ABREU

DANIEL F. DE ABREU
OF COUNSEL

MAILING ADDRESS:
P.O. Box 848
TAUNTON, MA 02780

August 24, 2010

VIA FACSIMILE AND FIRST CLASS MAIL
(678) 318-1757

MFI Corporation
1870 The Exchange
Suite 100
Atlanta, GA 30339

ATTENTION:  L. Ken Swenson, Jr.

Dear Mr. Swenson:

On behalf of Alfred A. Sousa and Duarte
Medeiros I am sending you herewith "Transaction
Cancellation Authorization" with the understanding
that the amounts totaling $160,000.00 will be
refunded.

Thank you.

Respectfully,

Orlando F. de Abreu

OFA:tmg
Dict:  August 24, 2010
Enclosure
CC:  Mr. Alfred A. Sousa
     Mr. Duarte Medeiros

722 BEDFORD STREET • FALL RIVER, MASSACHUSETTS 02720
TEL. (508) 673-5822



1870 The Exchange
Suite 100
Atlanta, GA 30339

TEL: (678) 318-1707
FAX: (678) 318-1757

http://www.mficorp.com

## Transaction Cancellation Authorization

Client Name (Individual or Entity)

**Eastwood Apartments**/Alfred A. Sousa

Address, City, State and Zip

12 Brigham Street
Hudson, MA 01749

Telephone

(781) 608-7231

The above specified individual or entity hereby authorizes MFI Corporation to cancel the pending property transaction application.

By MFI refunding any advance payment, individual releases any or all claims against it. **The refund will be issued within 14-30 days.**

Refund Amount: **$30,000.00**

**Refunded monies will be sent to the address specified above!**

Signature / Date

August 24, 2010

Notary Public

ORLANDO F. de ABREU, NOTARY PUBLIC

**Fax completed form to (678) 318-1757**

©1998-2009 MFI Corporation - All Rights Reserved.
MFI Transaction Cancellation Authorization

Page 1 of 1



1870 The Exchange
Suite 100
Atlanta, GA 30339

TEL: (678) 318-1707
FAX: (678) 318-1757

http://www.mficorp.com

## Transaction Cancellation Authorization

| Client Name (Individual or Entity) | **Eastwood Apartments**/Alfred A. Sousa |
|---|---|
| Address, City, State and Zip | 12 Brigham Street<br>Hudson, MA 01749 |
| Telephone | (781)  608-7231 |

The above specified Individual or entity hereby authorizes MFI Corporation to cancel the pending property transaction application.

By MFI refunding any advance payment, individual releases any or all claims against it. **The refund will be issued within 14-30 days.**

Refund Amount: $130,000.00

**Refunded monies will be sent to the address specified above!**

| Signature / Date | August 24, 2010 |
|---|---|
| Notary Public<br>ORLANDO F. de ABREU | |

**Fax completed form to (678) 318-1757**

©1988-2009 MFI Corporation - All Rights Reserved.
MFI Transaction Cancellation Authorization

Page 1 of 1

# ORLANDO F. DE ABREU

## ATTORNEY AT LAW

---

**Offices:**

| | | |
|---|---|---|
| **63 Winthrop Street** | **722 Bedford Street** | **Mailing Address:** |
| **Taunton, MA 02780** | **Fall River, MA 02720** | **P.O. Box 848** |
| **Tel: (508) 822-7493** | **Tel: (508) 673-5822** | **Taunton, MA 02780** |
| | | **Fax: (508) 822-7508** |

## FACSIMILE TRANSMISSION COVER SHEET

Date: _8/24/2010_

This transmission is being sent from:

Orlando F. de Abreu

Please deliver to:

Name: _MFI Corporation_

_ATTN: L. Ken Swenson, Jr._

Fax No: _(678) 318-1757_

Number of pages being sent including cover: _4_

Message: _re: Alfred A. Sousa_
_and Sloane Medeiros_

If you do not receive all pages please call (508) 822-7493 immediately.

THE ORIGINAL(S) OF THE TRANSMITTED DOCUMENT(S) WILL BE SENT BY: (x) First Class Mail
( ) Overnight Mail   ( ) Other  ( )  This will be the only form of delivery of the transmitted document.

**CONFIDENTIALITY NOTE**

This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (call collect) and return the original facsimile to us at the above address via the U.S. Postal Service. We will reimburse you for postage. Thank you.

08/24/2010 16:46 FAX 5086227508          Orlando deAbreu                          ☎001

```
************************
***    TX REPORT    ***
************************
```

TRANSMISSION OK

| TX/RX NO          | 1830           |
|-------------------|----------------|
| RECIPIENT ADDRESS | 16783181757    |
| DESTINATION ID    |                |
| ST. TIME          | 08/24 16:44    |
| TIME USE          | 01'47          |
| PAGES SENT        | 4              |
| RESULT            | OK             |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Ken Swenson
Registered Agent
MFI Software Corporatio
1870 The Exchange
Suite 100
Atlanta, GA 30339

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**2. Article Number**
(Transfer from service label)
7008 3230 0002 7553 2801

PS Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.05 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.25 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.15 |

Postmark
Here

Sent To   Ken Swenson, RA
Street, Apt. No.; MFI Software Corp
or PO Box No.   1870 The Exchange Ste 100 Atlanta 33339
City, State, ZIP+4

7008 3230 0002 7553 2801
7008 3230 0002 7553 2801

**CERTIFIED MAIL**

From:   Origin ID: TMAA   (404) 842-9380
Nancy Houston
Graham & Penman, LLP
2989 Piedmont Road, NE
Suite 200
Atlanta, GA 30305



Ship Date: 03DEC10
ActWgt: 1.0 LB
CAD: 102121209/INET3999

Delivery Address Bar Code

SHIP TO:   (404) 842-9380         BILL SENDER
**Ken Swenson, Registered Agent**
**MFI Software Corporation**
**1870 THE EXCHANGE SE STE 100**

**ATLANTA, GA 30339**

Ref #    Sousa/Medeiros
Invoice #
PO #
Dept #

TRK#  **7941 7837 8248**
0201

MON - 06 DEC  A1
STANDARD OVERNIGHT

**37 TMAA**

30339
GA-US

ATL

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx**
Shipment Receipt
**Address Information**

**Ship to:**
Ken Swenson, Registered Agent
MFI Software Corporation
1870 THE EXCHANGE SE STE 100

ATLANTA, GA
30339-2021
US
404 842 9380

**Ship from:**
Nancy Houston

Graham & Penman, LLP
2989 Piedmont Road, NE

Suite 200
Atlanta, GA
30305
US
4048429380

**Shipping Information**
Tracking number: 794178378248
Ship date: 12/03/2010
Estimated shipping charges: 14.35

**Package Information**
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1LBS
Declared value: 0.00USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Bill Information**
Bill transportation to: MyAccount-620
Your reference: Sousa/Medeiros
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with Fedex ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Graham & Penman, LLP
2989 Piedmont Rd., NE
Suite 200
Atlanta, GA 30305

Susan Medeiros

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ken Swenson
Registered Agent
MFI Software Corporation
1876 The Exchange
Suite 100
Atlanta, GA 36339

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
ESTIX

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7008 3230 0002 7553 2601

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540